UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHINWE ATUEGWE,<br><br>                                       **Plaintiff,**<br>v.<br><br>TRINITAS HOSPITAL EMERGENCY DEPARTMENT, et al.,<br><br>                                       **Defendants.** | Civil Action No. 18-2867 (CCC)<br><br><u>ORDER</u> |

**THIS MATTER** having come before the Court by way of *Pro se* Plaintiff's motion for default judgment against Defendant Trinitas Hospital Emergency Department ("Defendant") (CM/ECF No. 19);

and it appearing that in order to obtain a judgment by default, a party must first seek the entry of default from the Clerk of the Court, <u>see</u> Rule 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default);

and it appearing that entry of default by the Clerk under Rule 55(a) is a prerequisite for a default judgment under Rule 55(b), <u>see</u> <u>Husain v. Casino Control Comm'n</u>, 265 F. App'x 130, 133 (3d Cir. 2008); <u>Limehouse v. Delaware</u>, 144 F. App'x 921, 923 (3d Cir. 2005) (prior to obtaining default judgment under Rule 55(b), there must be an entry of default as provided by Rule 55(a));

and it appearing that Plaintiff did not request default be entered by the Clerk against Defendant pursuant to Rule 55(a) prior to filing the instant motion;

and it appearing that no entry of default has been entered against Defendant;

**IT IS on this 24th day of September 2018,**

**ORDERED** that, Plaintiff's motion for default judgment (CM/ECF No. 19) is denied, without prejudice, as premature.

  s/Mark Falk  
**MARK FALK**  
**United States Magistrate Judge**